**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

JOSEFHSON
        Plaintiff(s)

v.                  CIVIL ACTION NO. 12-cv-30150-WGY

BANK OF AMERICA CORP. Et al
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

YOUNG, D.J.

____ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment for the plaintiff in the amount of $1,000.00.**

                                            ROBERT M. FARRELL
                                            CLERK OF COURT

Dated: January 15, 2014                By   /s/ Jennifer Gaudet

Deputy Clerk